[No. 23118-6-III.   Division Three.   May 26, 2005.]

JAMES BECKER, *Appellant*, v. HARRY CASHMAN ET AL.,
*Respondents.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 04-2-00241-3, Jerome J. Leveque, J.,
entered May 20, 2004. *Affirmed* by unpublished opinion
per Schultheis, J., concurred in by Sweeney, A.C.J., and
Brown, J. Now published at 128 Wn. App. 79.

[Nos. 51504-7-I; 51580-2-I;   Division One.   May 31, 2005.]
51505-5-I; 52028-8-I.

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE J.
HUBER, *Appellant*.

*In the Matter of the Personal Restraint of*
LONNIE J. HUBER, *Petitioner*.

Appeals from a judgment of the Superior Court for Sno-
homish County, No. 02-1-00429-1, Ronald L. Castle-
berry, J., entered November 21, 2002, together with a
petition for relief from personal restraint Judgment *af-
firmed in part* and *reversed in part*, petition *denied* and
*remanded* for resentencing by unpublished per curiam
opinion.

[No. 52031-8-I.   Division One.   May 31, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM D.
BARBER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 01-1-07705-4, Brian D. Gain, J., entered March
17, 2003. *Affirmed* by unpublished opinion per Schindler, J.,
concurred in by Grosse and Baker, JJ.